JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATRIX CONTENT, INC., a California corporation, and VIRTUAL HOLDINGS, INC., a California corporation,<br><br>　　　Plaintiffs and Counterclaimant<br><br>　　vs.<br><br>METRO STUDIOS, INC. a California corporation; METRO PUBLISHERS, LLC, a Rhode Island limited liability company; METRO INTERACTIVE, LLC, a California limited liability company; AMAZING NETWORKS, LLC, a Rhode Island limited liability company; CAPITAL VIDEO CORPORATION, a Rhode Island corporation; KENNETH F. GUARINO, an individual; MET CAP MANAGEMENT, LLC, a Rhode Island limited liability company; METRO EAST, LLC a Rhode Island limited liability company; and METRO ENTERTAINMENT, LLC, a Rhode Island limited liability company, | Case No.: 2:06-cv-01170-JHN-SHx<br><br>**JUDGMENT ON THE MERITS IN FAVOR OF METRO STUDIOS, INC., METRO PUBLISHERS, LLC, METRO INTERACTIVE, LLC, AMAZING NETWORKS, LLC, CAPITAL VIDEO CORPORATION, KENNETH F. GUARINO, MET CAP MANAGEMENT, LLC, METRO EAST, LLC, AND METRO ENTERTAINMENT, LLC,** |

1

| | |
|---|---|
| Defendants and Counterdefendant | ) ) ) |
| _____ | ) ) |
| AND ALL RELATED COUNTERCLAIMS AND CROSSCLAIMS | ) ) ) ) ) ) ) |
| _____ | ) |

Upon the stipulation executed by and between Plaintiff, Counterdefendant, Counterclaimant and Crossclaimant Matrix Content, Inc. and Plaintiff Virtual Holdings, Inc.(hereinafter collectively referred to as the "Matrix Parties"), on one hand, and Defendant and Counterclaimant Metro Studios, Inc., Defendants Metro Publishers, LLC, Metro Interactive, LLC, Amazing Networks, LLC, Capital Video Corporation, Kenneth F. Guarino, Met Cap Management, LLC, Metro East, LLC, and Metro Entertainment, LLC(hereinafter collectively referred to as the "Metro Parties"), on the other hand, through their respective counsel of record,

IT IS ORDERED, ADJUDGED AND DECREED:

Judgment is entered in favor of the Metro Parties on all claims, counterclaims and crossclaims filed in this action.  Further, the Metro Parties are deemed the prevailing parties on all claims, counterclaims and crossclaims in this action.

DATED: February 24, 2010

_____
Hon. Jacqueline H. Nguyen
United States District Court Judge